# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00552-CR

**Roland Sandoval Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-22-1037-D, THE HONORABLE JOE POOL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Roland Sandoval Gomez has moved to dismiss his appeal. The motion is signed by both Appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Appellant's Motion

Filed: April 17, 2025

Do Not Publish